IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAY PARNELL**                                                                                          **PLAINTIFF**

v.                                         **CASE NO. 3:20-CV-00395-BSM**

**MICHAEL TYNER,** *et al.*                                                            **DEFENDANTS**

## ORDER

Jay Parnell's motion for leave to file an amended complaint [Doc. No. 8] is granted. Defendants' motion to dismiss [Doc. No. 3] is denied as moot. *See Pure Country, Inc. v. Sigma Chi Frat.*, 312 F.3d 952, 956 (8th Cir. 2002) (amended complaint renders moot a motion to dismiss the original complaint).

IT IS SO ORDERED this 7th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE