**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JAY PARNELL**                                                                **PLAINTIFF**

**v.**                         **CASE NO. 3:20-CV-00395-BSM**

**THE CITY OF JONESBORO,
ARKANSAS**                                                                **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of April, 2022.


_____
UNITED STATES DISTRICT JUDGE